FRANK GRANT, Appellant, *v.* NATIONAL RAILWAY SPRING COMPANY, Respondent.

*Grant* v. *National Railway Spring Co.*, 136 App. Div. 944, affirmed.

(Argued January 18, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 7, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*D. P. Morehouse, L. C. Rowe* and *C. N. Bulger* for appellant.

*Theodore E. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.